UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAXIM, INC. and MAXIM LICENSING, INC.,
                                    Plaintiffs,

                                                                          26 civ 530 (JGK)

              -against-

PLAYBOY, INC.,
                                    Defendant.
-------------------------------------------------------------------X

## ORDER

The plaintiffs have filed a motion for preliminary injunction.

The defendant shall respond to the preliminary injunction by **January 30, 2026.**

The plaintiff shall file a reply to the defendant's response by **February 5, 2026.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          January 23, 2026