UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Maxim Inc., et al.,

               Plaintiffs,

     - against -

Playboy Inc.,

               Defendant.

26-cv-0530 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference in connection with the preliminary injunction on **Friday, January 30, 2026, at 4:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
         January 26, 2026

                        John G. Koeltl
               United States District Judge