UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MAXIM INC., ET AL.,

                    Plaintiffs,                26-cv-0530 (JGK)

          - against -                          ORDER

PLAYBOY INC.,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

     In light of the scheduling Order, ECF No. 12, the telephone

conference on January 30, 2026 is canceled.


SO ORDERED.
Dated:    New York, New York
          January 29, 2026

                                      _____
                                           John G. Koeltl
                                      United States District Judge