UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAXIM INC. ET AL.,

               Plaintiffs,          26-cv-0530 (JGK)

      - against -             ORDER

PLAYBOY, INC.,

               Defendant.

---

JOHN G. KOELTL, District Judge:

In light of the parties' letters, ECF Nos. 15-16, the defendant shall respond to the preliminary injunction by **February 13, 2026.** The plaintiff shall file a reply to the defendant's response by **February 20, 2026.**

SO ORDERED.
Dated:    New York, New York
          January 30, 2026

                        _____
                         John G. Koeltl
               United States District Judge