UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

MAXIM INC., ET AL.,

                    Plaintiffs,

      - against -

PLAYBOY INC.,

                    Defendant.

———————————————————————————

26-cv-0530 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on Maxim's motion for preliminary injunction (ECF No. 5) on **Tuesday, May 19, 2026, at 2:30 p.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.
Dated:    New York, New York
         May 7, 2026

                                _____
                                John G. Koeltl
                    United States District Judge