UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

MAXIM INC., ET AL.,

                Plaintiffs,

     - against -

PLAYBOY INC.,

                Defendant.

———————————————————————————

26-cv-0530 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

In light of the Memorandum Opinion and Order dated May 13, 2026, the oral argument scheduled for Tuesday, May 19, 2026, at 2:30 p.m. is **canceled**.

The parties are directed to submit a status report by **May 29, 2026.**

SO ORDERED.
Dated:   New York, New York
        May 13, 2026

                              John G. Koeltl
                    United States District Judge