**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MAXIM INC. and MAXIM LICENSING, INC.,

     *Plaintiffs*,

         v.

PLAYBOY, INC.,

     *Defendant*.

Case No. 1:26-cv-00530-JGK

**PLAINTIFFS' NOTICE OF**
**<u>VOLUNTARY DISMISSAL</u>**

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Maxim Inc. and Maxim Licensing, Inc. ("Plaintiffs") hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Playboy, Inc.

Dated: May 20, 2026
      New York, New York

Respectfully submitted,

CLARK SMITH VILLAZOR LLP

*/s/ Christopher J. Clark*
Christopher J. Clark
Geoffrey H. Coll
Leon Kotlyar
Siyuan Sonia Qin
666 Third Avenue, 21st Floor
New York, NY 10017
(212) 377-0850 (Telephone)
(212) 377-0868 (Facsimile)
clark@csvllp.com
geoffrey.coll@csvllp.com
leon.kotlyar@csvllp.com
sonia.qin@csvllp.com

*Counsel for Plaintiffs Maxim Inc.*
*and Maxim Licensing, Inc.*