UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXIM INC. and MAXIM LICENSING, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> PLAYBOY, INC., <br><br> *Defendant.* | Case No. 1:26-cv-00530-JGK <br><br> **PLAINTIFFS' NOTICE OF** <br> **VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Maxim

Inc. and Maxim Licensing, Inc. ("Plaintiffs") hereby give notice that the above-captioned action

is voluntarily dismissed without prejudice against Defendant Playboy, Inc.

Dated: May 20, 2026
    New York, New York

Respectfully submitted,

CLARK SMITH VILLAZOR LLP

/s/ Christopher J. Clark
Christopher J. Clark
Geoffrey H. Coll
Leon Kotlyar
Siyuan Sonia Qin
666 Third Avenue, 21st Floor
New York, NY 10017
(212) 377-0850 (Telephone)
(212) 377-0868 (Facsimile)
clark@csvllp.com
geoffrey.coll@csvllp.com
leon.kotlyar@csvllp.com
sonia.qin@csvllp.com

*Counsel for Plaintiffs Maxim Inc.*
*and Maxim Licensing, Inc.*

SO ORDERED:

U.S.D.J.
5/21/26